IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GLOBAL MANUFACTURING & ENGINEERING, INC. | § § § | PLAINTIFF/COUNTER-DEFENDANT |
| v. | § § § | CAUSE NO. 1:04CV761 |
| DUO-DENT DENTAL IMPLANT SYSTEMS, LLC | § § | DEFENDANT/COUNTER-PLAINTIFF |

## ORDER GRANTING MOTIONS TO DISMISS

THIS CAUSE COMES BEFORE THE COURT for consideration of the Motions to Dismiss filed by Plaintiff/Counter-Defendant Global Manufacturing & Engineering, Inc. [96] and Defendant/Counter-Plaintiff Duo-Dent Dental Implant Systems, LLC [98]. Each party requests dismissal of its claims against the other without prejudice. After due consideration of the matter, it is the Court's opinion that the Motions are well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss filed by Plaintiff/Counter-Defendant Global Manufacturing & Engineering, Inc. [96] is **GRANTED**. Plaintiff's claims against the Defendant are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion to Dismiss filed by Defendant/Counter-Plaintiff Duo-Dent Dental Implant Systems, LLC [98] is **GRANTED**. Counter-Plaintiff's claims against the Counter-Defendant are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of November, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE